UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JEFFREY PATRICK LIPSEY,

            Petitioner,                      Case No. 1:09cv1161

v.                                                           Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

            Respondent.

_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on January 24, 2011. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 24, 2011, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **REVERSED and REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner shall obtain copies of plaintiff's treatment with the VA prior to the last insured date of September 30, 2000, and evaluate the medical evidence to determine the extent of plaintiff's mental impairments.

                                                            /s/ Robert J. Jonker
                                                            ROBERT J. JONKER
                                                       UNITED STATES DISTRICT JUDGE

DATED: February 24, 2011.